```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 05136
   ALEXANDER MCKENNIE
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-4389


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/22/07 .

     2.  The case was dismissed without confirmation, 08/03/2007.

     3.  The Debtor paid a total of $   1480.00 .

------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CITIBANK               CURRENT MORTG           .00            .00           .00
CITIBANK               MORTGAGE ARRE     NOT FILED            .00           .00
CAPITAL ONE AUTO FINANCE SECURED VEHIC         .00            .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00           .00
PRINCIPAL PAID          .00          .00          .00          .00           .00
INTEREST PAID           .00          .00          .00          .00           .00
TOTAL PAID              .00          .00          .00          .00           .00
The Debtor's attorney, MELVIN J KAPLAN              , was allowed $    3000.00
and was paid $    3000.00   direct and $       .00   through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $   1480.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 10/14/07                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                                    PAGE   2
     CASE NO. 07 B 05136 ALEXANDER MCKENNIE
```